In re Philip Morris Incorporated; American Tobacco Company; Brown & Williamson Tobacco Corp; R.J. Reynolds Tobacco Company; Liggett & Myers Tobacco Co. Inc.; Lorillard, Inc.; — Defendants); applying for supervisory and/or remedial writs, Parish of E. Baton Rouge, 19th Judicial District Court, Div. K, Nos. 383,701, 383,701; to the Court of Appeal, First Circuit, No. CW97 1024
Denied. Result correct. See Walls v. American Optical Corp., 98-0455, p. 7, n. 5 (La.9/8/99), 740 So.2d 1262.
LEMMON, J., not on panel.